**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

**Christina Barbosa, on behalf of**
**herself and all other similarly situated individuals**

MAR 1 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Plaintiff(s),

Case No. 1:11-cv-00275-OWW-SKO

v.

Cargill Meat Solutions Corp., *et al*

**LODGED**

Defendant(s).

MAR 1 1 2011

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

I, _Philip A. Downey_____ ,

attorney for_____ Christina Barbosa,  and the putative class

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | The Downey Law Firm, LLC |
| Address: | P.O. Box 1021 |
| City: | Unionville |
| State: | PA   ZIP Code: 19375 |
| Voice Phone: | 610/324-2848 |
| FAX Phone: | 610/813-4579 |
| Internet E-mail: | downeyjustice@gmail.com |
| Additional E-mail: | |

I reside in City: Unionville  State:  PA

I was admitted to practice in the _Commonwealth of Pennsylvania_ (court)

on _May 28, 1998_ (date).  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have x☐ / have not ☐ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_Patricia Franco , and Lilia Castro, on behalf of themselves and all other similarly situated individuals  v. Ruiz Food Products, Inc.,_ 1:10-cv-02354-AWI-SKO

_Application filed on January, 18, 2011 , decision pending._

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:       Dennis Wilson

Firm Name:   _The Law Offices of Dennis P. Wilson_

Address:     3322 West Victory Blvd

City:        Burbank

State:        CA            ZIP Code: 91505

Voice Phone:  ( 818 ) 843-1788

FAX Phone:   ( 818 ) 450-0362

E-mail:       wilsontrialgroup@att.net

Dated: 03-08-11      Petitioner:

**ORDER**

IT IS SO ORDERED.

Dated: _3-14-11_

JUDGE, U.S. DISTRICT COURT



𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

## CERTIFICATE OF GOOD STANDING

### *Philip A. Downey, Esq.*

#### DATE OF ADMISSION

*May 28, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  February 23, 2011**

Patricia A. Johnson
Chief Clerk