1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTINA BARBOSA, et al.,                    )    1:11-cv-00275 LJO SKO
                                              )
                  Plaintiffs,                 )
                                              )
        v.                                    )
                                              )    SCHEDULING ORDER
CARGILL MEAT SOLUTIONS CORP.,                 )
                                              )
                  Defendant.                  )
                                              )

        On November 8, 2011, a scheduling conference was held.  Dennis Wilson, Esq., Philip

Downey, Esq., and Kitty Szeto, Esq., made appearances on behalf of Plaintiffs.  Jeremy Glenn,

Esq., and Joseph Tilson, Esq., appeared on behalf of Defendant.

        The Court set the following deadlines:

        1)      Any motions or stipulations requesting leave to amend the pleadings must be filed

                no later than January 6, 2012.[1]

/// 

---

[1] The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings by
4/5/2011 does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if
necessary.  All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the
amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d
604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1)
prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman
v. Davis*, 371 U.S. 178, 182 (1962).

1    2)    The parties are ordered to exchange the initial disclosures required by Fed. R. Civ.

2        P. 26(a)(1) on or before December 6, 2011.

3    3)    Discovery shall be completed by no later than December 7, 2012.

4    4)    The motion for class certification shall be filed by no later than January 28, 2012.

5    5)    Any opposition shall be filed by no later than February 25, 2013.

6    6)    Any reply briefs shall be filed by no later than March 11, 2013.

7    7)    The motion for class certification shall be heard by no later than April 3, 2013, at

8        8:15 a..m. before the Honorable District Judge Lawrence O'Neill in Courtroom 4.

9    A status conference is set for July 17, 2012, at 9:30 a.m. before Magistrate Judge Sheila K.

10    Oberto in Courtroom 7.  The parties may make telephonic appearances for the status conference.

11

12    IT IS SO ORDERED.

13    **Dated:    November 10, 2011**            **/s/ Sheila K. Oberto**
                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28