| | |
|---|---|
| MECKLER BULGER TILSON MARICK & PEARSON LLP<br>Joseph E. Tilson (admitted *pro hac vice*)<br>Jeremy J. Glenn (admitted *pro hac vice*)<br>Jason E. Barsanti (Cal Bar No. 235807)<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Tel: (312) 474-7900 / Fax: (312) 474-7898<br><br>BENT CARYL & KROLL, LLP<br>Jesse M. Caryl (Cal Bar No. 208687)<br>6300 Wilshire Blvd., Suite 1415<br>Los Angeles, CA 90048<br>Tel: (323) 315-0510 / Fax: (323) 774-6021<br><br>Attorneys for Defendant<br>CARGILL MEAT SOLUTIONS CORP. | R. REX PARRIS LAW FIRM<br>Alexander R. Wheeler<br>Kitty Kit Yee Szeto<br>43364 10th Street West<br>Lancaster, CA 93534<br>Tel: 661-949-2595  Fax: 661-949-7524<br><br>Daniel Patrick Hunt, Attorney at Law<br>PO Box 3040<br>South Pasadena, CA 91031<br>Tel: 310-254-4266<br><br>THE DOWNEY LAW FIRM, LLC<br>Philip A. Downey, Esq. (*pro hac vice*)<br>Pennsylvania Bar ID No. 81603<br>P.O. Box 1021<br>Unionville, PA 19375<br>Tel: (610) 324-2848 / Fax: (610) 643-4532<br><br>Attorneys for Plaintiffs<br>CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORP., and DOES 1-50,<br><br>Defendants. | Case No. 1:11-cv-00275-LJO-SKO<br><br>Hon. Sheila K. Oberto<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE AND CLASS CERTIFICATION MOTION SCHEDULE BY TWO MONTHS AND ORDER**<br><br>Complaint Filed: February 16, 2011<br>Trial Date: Not Set |

WHEREAS Plaintiffs and Defendant have engaged in written discovery and have worked together to schedule depositions in this action;

WHEREAS the parties have engaged a private mediator to assist them with settlement discussions, having met for a full-day mediation on June 6, 2012 and having thereafter agreed to narrow and limit the scope of additional fact discovery before continuing the mediation, and counsel wish to stipulate to extend the discovery cut-off date and class certification motion schedule to allow them to complete such discovery and fully explore such mediation;

WHEREAS, pursuant to this Court's Scheduling Order (Dkt. No. 26), the fact discovery cut-off date in this case is currently December 7, 2012; the motion for class certification is to be filed by January 28, 2013, any opposition filed by February 25, 2013, any reply briefs filed by March 11, 2013 and the motion for class certification to be heard by no later than April 3, 2013;

WHEREAS, to allow the parties to complete the agreed upon discovery and fully explore settlement through mediation, subject to an order from this Court allowing the requested extensions of time, the parties desire to extend the fact discovery deadline and the other dates listed above by two months as follows:

1. Fact discovery deadline shall be February 7, 2013;

2. Motion for class certification shall be filed by March 28, 2013;

3. Oppositions to the motion for class certification shall be filed by April 25, 2013;

4. Any reply brief in support of the motion for class certification shall filed by May 10, 2013; and

5. The motion for class certification shall be heard no later than June 3, 2013.

**SO STIPULATED.**

R. REX PARRIS LAW FIRM
THE DOWNEY LAW FIRM, LLC

DATED: July 9, 2012              *s/ Daniel Patrick Hunt*
                                 Attorneys for Plaintiffs
                                 CHRISTINA BARBOSA and PATRICIA
                                 AGUILLERA BARRIOS

MECKLER BULGER TILSON MARICK & PEARSON LLP

DATED: July 10, 2012             *s/ Jason E. Barsanti*
                                 Attorneys for Defendant
                                 CARGILL MEAT SOLUTIONS CORP.

IT IS SO ORDERED.

Dated:   **July 11, 2012**                /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE