**MECKLER BULGER TILSON MARICK & PEARSON LLP**
Joseph E. Tilson (admitted *pro hac vice*)
Jeremy J. Glenn (admitted *pro hac vice*)
Jason E. Barsanti (Cal Bar No. 235807)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900 / Fax: (312) 474-7898

**BENT CARYL & KROLL, LLP**
Jesse M. Caryl (Cal Bar No. 208687)
6300 Wilshire Blvd., Suite 1415
Los Angeles, CA 90048
Tel: (323) 315-0510 / Fax: (323) 774-6021

Attorneys for Defendant
CARGILL MEAT SOLUTIONS CORP.

**R. REX PARRIS LAW FIRM**
Alexander R. Wheeler (Cal Bar No. 239541)
Kitty Szeto (Cal Bar No. 258136)
43364 10th Street West
Lancaster, CA 93534
Tel: (661) 949-2595  Fax: (661) 949-7524

**THE DOWNEY LAW FIRM, LLC**
Daniel Patrick Hunt (Cal Bar No. 239412)
PO Box 3040
South Pasadena, CA 91031
Tel: (310) 254-4266

**THE DOWNEY LAW FIRM, LLC**
Philip A. Downey (admitted *pro hac vice*)
Pennsylvania Bar ID No. 81603
P.O. Box 1021
Unionville, PA 19375
Tel: (610) 324-2848 / Fax: (610) 643-4532

Attorneys for Plaintiffs
CHRISTINA BARBOSA and PATRICIA
AGUILLERA BARRIOS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS, on behalf of themselves and all similarly situated individuals,<br><br>          Plaintiffs,<br><br>     v.<br><br>CARGILL MEAT SOLUTIONS CORP., and DOES 1-50,<br><br>          Defendants. | Case No. 1:11-cv-00275-LJO-SKO<br><br>Hon. Sheila K. Oberto<br><br>**UPDATED JOINT STATUS REPORT AND ORDER**<br><br>Status Conference: September 18, 2012<br>Time:                     10:15 a.m.<br>Courtroom:              7<br><br>Complaint Filed: February 16, 2011<br>Trial Date: Not Set |

1
UPDATED JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Court's Minute Order on July 11, 2012 (Doc. No. 33), the parties hereby submit this joint status report in advance of the Status Conference set for September 18, 2012.

Plaintiffs and Defendant have engaged in written discovery and have worked together to schedule depositions in this action. The parties have engaged a private mediator to assist them with settlement discussions, having met for a full-day mediation on June 6, 2012 and having thereafter agreed to narrow and limit the scope of additional fact discovery to allow them to complete such discovery and fully explore such mediation. The parties are meeting for a second full-day mediation on September 21, 2012 before the same mediator. To allow the parties to fully explore settlement through mediation, the parties request that the Court:

1. Reset the Status Conference currently set for September 18, 2012 to a telephonic Status Conference on October 18, 2012 at 10:00 a.m. Pacific Daylight Time.

**R. REX PARRIS LAW FIRM**
**THE DOWNEY LAW FIRM, LLC**

DATED: September 13, 2012     /s/ Kitty Szeto
                              Attorneys for Plaintiffs
                              CHRISTINA BARBOSA and PATRICIA
                              AGUILLERA BARRIOS

**MECKLER BULGER TILSON MARICK & PEARSON LLP**

DATED: September 13, 2012     /s/ Jeremy Glenn
                              Attorneys for Defendant
                              CARGILL MEAT SOLUTIONS CORP.

**ORDER**

IT IS SO ORDERED.

  Dated:   **September 13, 2012**          /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com