**MECKLER BULGER TILSON MARICK & PEARSON LLP**
Joseph E. Tilson (admitted *Pro Hac Vice*)
Jeremy J. Glenn (admitted *Pro Hac Vice*)
Jason E. Barsanti (Cal Bar No. 235807)
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900 / Fax: (312) 474-7898

**BENT CARYL & KROLL, LLP**
Jesse M. Caryl (Cal Bar No. 208687)
6300 Wilshire Blvd., Suite 1415
Los Angeles, CA 90048
Tel: (323) 315-0510 / Fax: (323) 774-6021

Attorneys for Defendant
CARGILL MEAT SOLUTIONS CORP.

**R. REX PARRIS LAW FIRM**
Alexander R. Wheeler (Cal Bar No. 239541)
Kitty Szeto (Cal Bar No. 258136)
43364 10th Street West
Lancaster, CA 93534
Tel: 661-949-2595  Fax: 661-949-7524

**THE DOWNEY LAW FIRM, LLC**
Daniel Patrick Hunt (Cal Bar No. 239412)
PO Box 3040
South Pasadena, CA 91031
Tel: 310-254-4266

**THE DOWNEY LAW FIRM, LLC**
Philip A. Downey ( admitted *Pro Hac Vice*)
Pennsylvania Bar ID No. 81603
P.O. Box 1021
Unionville, PA 19375
Tel: (610) 324-2848 / Fax: (610) 643-4532
Attorneys for Plaintiffs
CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS, on behalf of themselves and all similarly situated individuals,<br><br>           Plaintiffs,<br><br>   v.<br><br>CARGILL MEAT SOLUTIONS CORP., and DOES 1-50,<br><br>           Defendants. | Case No. 1:11-cv-00275-LJO-SKO<br><br>Hon. Sheila K. Oberto<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Status Conference:  October 18, 2012<br>Time:                     10:00 a.m.<br>Courtroom:            7<br><br>Complaint Filed: February 16, 2011<br>Trial Date: Not Set |

Pursuant to the Court's Order on September 13, 2012 (Doc. No. 40), the parties hereby submit this joint status report in advance of the Status Conference set for October 18, 2012.

As a result of mediation in this matter, the above captioned lawsuit has been settled subject to the Court's approval. The parties are in the process of documenting the settlement. The parties hereby stipulate that the Status Conference, presently scheduled for October 18, 2012, be continued for approximately thirty days.

Accordingly, the parties request that the Court:

1. Reset the Status Conference currently set for October 18, 2012 to a telephonic Status Conference on November 16, 2012 at 10:00 a.m. Pacific Standard Time.

**R. REX PARRIS LAW FIRM**
**THE DOWNEY LAW FIRM, LLC**

DATED:  October 11, 2012    /s/ Kitty Szeto

Attorneys for Plaintiffs
CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS

**MECKLER BULGER TILSON MARICK & PEARSON LLP**

DATED:  October 11, 2012    /s/ Jeremy Glenn

Attorneys for Defendant
CARGILL MEAT SOLUTIONS CORP.

# ORDER

The parties' request that the Court reset the Status Conference currently set for October 18, 2012, to a telephonic Status Conference on November 16, 2012, is hereby GRANTED. Due to the Court's schedule, the Status Conference is set for November 16, 2012, at **11:30 a.m.**

IT IS SO ORDERED.

Dated:   **October 12, 2012**               **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE