# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BARBOSA, et al., | CASE NO. 1:11-cv-00275-LJO-SKO |
| Plaintiffs | **ORDER RE DOCUMENTATION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES** |
| v. | |
| CARGILL MEAT SOLUTIONS CORP., | |
| Defendant. | |

In addition to the required brief and supporting documentation that must be filed by Class Counsel in seeking final approval of the class action settlement in this matter, Plaintiffs and their counsel are reminded to submit the following with their motion for attorneys' fees and the motion for final approval:

(1) detailed billing records of Class Counsel and declarations setting forth the years of experience of the attorneys who performed work on the case to support the motion for attorneys' fees;

(2) evidence in the form of declarations or citation to recent cases establishing that the hourly rates requested are reasonable for this forum, i.e., Fresno,

1    (3) to the extent that Class Counsel seeks fees in excess of the 25 percent federal benchmark set by the Ninth Circuit, detailed briefing addressing why an upward departure is warranted in this case; and

4    (4) in support of any enhancement awards sought by class representatives, declarations of the class representatives establishing their efforts in litigating the case.

To support the motion for final approval, Defendant shall file a declaration from the Claims Administrator setting forth compliance with 28 U.S.C. § 1715. This document shall be filed separately from any other document to delineate compliance with Section 1715 and shall be filed concurrently with the motion for final approval.

Finally, as set forth in the preliminary approval order, **within two (2) days of the issuance of the preliminary approval order, the parties shall submit a proposed implementation schedule setting forth the dates for each deadline in the implementation schedule. Once the proposed implementation schedule is filed, the Court will include the date for filing the motion for final approval and hearing thereon, and the implementation schedule will then be issued.**

IT IS SO ORDERED.

**Dated:   January 16, 2013**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE