# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS, on behalf of themselves and all similarly situated individuals, | Case No. 1:11-cv-00275 SKO |
| Plaintiffs, | Hon. Sheila K. Oberto |
| v. | **IMPLEMENTATION SCHEDULE** |
| CARGILL MEAT SOLUTIONS CORP., and DOES 1-50, | |
| Defendants. | |

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement [Docket # 53], Plaintiffs Christina Barbosa and Patricia Aguillera Barrios and Defendant Cargill Meat Solutions Corp. hereby submit this Implementation Schedule with confirmed deadlines in accordance with the terms of the parties' Stipulation of Class Settlement and Release Between Plaintiffs and Defendant for the administration of the proposed Settlement:

# IMPLEMENTATION SCHEDULE

| | |
|---|---|
| Class List to the Claims Administrator: | January 30, 2013 |
| Class Counsel's Changes, if any, to Class List: | February 6, 2013 |
| CAFA Notice Sent by Claims Administrator | February 6, 2013 |
| Class Notice and Claim Form Mailed to Class Members: | February 13, 2013 |
| Last Day to File Objections and Opt-Out Notices: | April 15, 2013 |
| Last Day to Submit Claim: | April 15, 2013 |
| Last Day to File Response to Objections (if any): | April 30, 2013 |
| Attorneys' Fees Motion Filed: | May 1, 2013 |
| Last Day to File Motion for Final Approval of Settlement | May 1, 2013 |
| Report on Settlement Administration: | May 1, 2013 |
| Final Approval Hearing and Fee Approval Hearing: | June 5, 2013 |
| Deposit of Settlement Funds with the Claims Administrator | 7 days after Effective Date |
| Payment of Attorneys' Fees: | 10 days after Effective Date |
| Payments of Claims to Eligible Class Members and Representative Plaintiffs: | 10 days after Effective Date |
| Plaintiffs file a Satisfaction of Judgment or any other pleadings that may be required to conclude the Case: | 90 days after Effective Date |

IT IS SO ORDERED.

Dated:   **January 22, 2013**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE