1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILLERA BARRIOS, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORP., and DOES 1-50,<br><br>Defendants. | Case No. 1:11-cv-00275-SKO<br><br>Hon. Sheila K. Oberto<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO FILE FINAL APPROVAL MOTIONS; DECLARATION OF KITTY SZETO; ORDER THEREON**<br><br>**ORDER FOR SUPPLEMENTAL STATEMENT**<br><br>Date:         June 5, 2013<br>Time:        9:30 a.m.<br>Courtroom:  7<br><br>Complaint Filed: February 16, 2011<br>Trial Date: Not Set |

1

JOINT REQUEST FOR EXTENSION OF TIME TO FILE FINAL APPROVAL MOTIONS AND ORDER THEREON

1  Pursuant to Eastern District Local Rule 144, Plaintiffs Christina Barbosa and Patricia Aguilera Barrios ("Plaintiffs") and Defendant Cargill Meat Solutions Corp. ("Defendant") hereby submit this joint request for an additional five (5) days to file their Joint Motion for Final Approval of the Class Action Settlement ("Final Approval Motion") and Plaintiffs' Motion for Final Approval of Attorneys' Fees, Costs, and Enhancement Award ("Fee Motion").

Pursuant to the Court's Implementation Schedule (Doc. No. 56), the Final Approval Motion and Fee Motion are due for filing on May 1, 2013, with a hearing date five weeks thereafter on June 5, 2013.  The parties have been diligently working on exchanging drafts of the motions for review, comment, and client approval.  However, given that the last day for class members to submit a claim was April 15, 2013, there were claims received as late as April 30, 2013 (one day before the deadline to file the Final Approval Motion) and the parties need additional time to review and decide on the late claims filed.  Moreover, the last day to object to the settlement was April 30, 2013, one day before the deadline to file the Final Approval Motion. As such, additional time will be necessary to ensure that objections, if any, are received, processed, and presented to the Court prior to the June 5, 2013, hearing.

No previous extensions of time have been requested by either party for the filing of these motions.

Neither side will be prejudiced by the extension of time because the final approval hearing is more than thirty (30) days away and the additional time will allow for the motions to be fully reviewed and approved by both sides without the need to file any opposition or reply thereto.

Accordingly, the Parties jointly request that the Court grant a five (5) day extension of time until **May 6, 2013** for the filing of the Final Approval Motion and Fee Motion.

/ / / /

/ / / /

/ / / /

/ / / /

**R. REX PARRIS LAW FIRM**
**THE DOWNEY LAW FIRM, LLC**

DATED:  May 1, 2013                   /s/ Kitty Szeto
                                       Attorneys for Plaintiffs
                                       CHRISTINA BARBOSA and PATRICIA
                                       AGUILLERA BARRIOS


**MECKLER BULGER TILSON MARICK & PEARSON LLP**

DATED:  May 1, 2013                   /s/ Jeremy Glenn
                                       Attorneys for Defendant
                                       CARGILL MEAT SOLUTIONS CORP.

## ORDER

Pursuant to the parties' joint request, the deadline to submit the motions for final class settlement approval shall be continued to March 6, 2013.

The Court orders Plaintiffs to submit a statement regarding the applicability of the U.S. Supreme Court's recent decision in *Comcast Corp. v. Behrend*, 133 S.Ct. 1426 (Mar. 27, 2013) to the certification of the settlement class in this case.  This statement may be included in the motion for final approval, or it may be filed **on or before May 15, 2013**, as a supplemental statement in support of the motion for final approval of class settlement.


IT IS SO ORDERED.

   Dated:   **May 2, 2013**                         **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE