# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BARBOSA, et al., | CASE NO.: 1:11-cv-00275-SKO |
| Plaintiffs | |
| v. | **ORDER FOR SUPPLEMENTAL DOCUMENTATION TO SUPPORT MOTION FOR ATTORNEYS' FEES** |
| CARGILL MEAT SOLUTIONS CORP., | |
| Defendant. | |

After granting preliminary approval of the parties class action settlement, the Court issued an order regarding documentation in support of the motion for final approval of the class action settlement and the motion for attorneys' fees. (Doc. 54.) The Court reminded Plaintiffs and their counsel to submit (1) detailed billing records of Class Counsel and declarations setting froth the years of experience of the attorneys who performed work on the case to support the motion for attorneys' fees; and (2) evidence in the form of declarations or citation to recent cases establishing that the hourly rates requested are reasonable for this forum, i.e., Fresno, California. (Doc. 54.)

After reviewing Plaintiffs' motion for attorneys' fees, the Court finds there is insufficient documentation to perform a lodestar cross-check in assessing the reasonableness of the percentage of the settlement common fund requested as attorneys' fees. The time records submitted by Philip A. Downey are sufficiently detailed, but the time records submitted by R. Rex Parris Law Firm do

not provide the requisite information. Specifically, the R. Rex Parris Law Firm sets out a "blended rate" of $500 per hour for a combined 491.5 hours of work performed on this case by personnel in the firm. (Doc. 63-1, ¶¶ 8, 13, 14.) The declaration of Alexander R. Wheeler indicates that the hours billed were performed by Mr. Wheeler and several of the firm's partners, associates, paralegals, and legal assistants, but the billing records do not identify the particular person who performed the work tasks recorded. (Doc. 63-1, ¶ 8.) Additionally, Mr. Wheeler's declaration does not identify the personnel involved in the case or set forth the years of practice and experience of the counsel performing work on the case as the Court requested in its January 16, 2013, order.

To perform a *meaningful* cross-check of the attorneys' fees requested, the Court requires more detailed time records that identify the particular personnel at the R. Rex Parris Law Firm who performed work on the case, the number of hours that person worked, whether that person was an attorney and, if so, the years of experience of that attorney, or whether the person performing work was a legal secretary or paralegal. To the extent that counsel from the R. Rex Parris Law Firm wish to **lodge with the Court**, as opposed to filing, more detailed time records for in-camera review, they may do so. Any documentation lodged with the Court should be reflected by a notice filed on the docket that a paper submission was made to the Court.

Further, Plaintiffs counsel have not set forth any case authority or other declaration showing that their requested rates are reasonable **in this forum**.

Accordingly, IT IS HEREBY ORDERED that:

1. Class Counsel from the R. Rex Parris Law Firm shall submit more detailed time records as described above in support of their request for attorneys' fees;

2. Class Counsel shall provide additional evidence, either by declaration or case authority, establishing that their requested hourly rates are reasonable in this forum;

3. Class Counsel shall file this supplemental information on or before **June 5, 2013**; and

///
///
///

4.  To the extent that Class Counsel requires more time to submit the additional documentation regarding attorneys' fees, Counsel may present this request at the Final Approval Hearing on Wednesday, June 5, 2013.

IT IS SO ORDERED.

**Dated:   May 30, 2013**                             /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE