1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BARBOSA and PATRICIA AGUILERA BARRIOS, on behalf of themselves and all similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARGILL MEAT SOLUTIONS CORP., and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00275 SKO<br><br>Hon. Sheila K. Oberto<br><br>**C**LASS **A**CTION<br><br>**FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |

The Court, having granted final approval of the Stipulation of Class Settlement and Release Between Plaintiffs and Defendant [Fully Executed Copy] (Docket # 48) (hereinafter referred to as the "Settlement" or "Settlement Agreement") as set forth in the Court's Order Granting Joint Motion for Final Approval of Class Action Settlement and Order Granting Motion for Attorneys' Fees, Costs, and Enhancement Awards (Docket # 70) ("Final Approval Order"),

**HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1.  The Court hereby enters judgment consistent with, and as expressly set forth in, the terms in the Settlement Agreement for Plaintiffs Christina Barbosa, Patricia Aguilera Barrios, and all current and former hourly production and support employees of Defendant Cargill Meat Solutions, Corp.'s meat packing facility in Fresno, California employed at any time between February 2, 2009, and January 16, 2013, who did not timely opt-out of the Settlement, and hereby dismisses this case with prejudice.  Ana Rodriguez Miramontes, who timely submitted a valid request for exclusion from the Settlement, is not bound by this Judgment and dismissal.

2.  The Court retains jurisdiction over the parties to enforce the terms of this Judgment, and shall have continuing jurisdiction over the construction, interpretation, implementation, and enforcement of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and the distribution of all settlement payments.

IT IS SO ORDERED.

Dated:   **January 8, 2014**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE